IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDRE WINGO,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS
STATE OF WISCONSIN,

    Defendant.

ORDER

Case No. 18-cv-362-jdp

Plaintiff Andre Wingo, an inmate in the custody of the Dane County Jail, has submitted a proposed civil action under 42 U.S.C. § 1983. Plaintiff has filed a certified copy of an inmate account statement in support of the motion for leave to proceed without prepaying the fee. After considering the motion and supporting documentation, the court concludes that plaintiff qualifies for indigent status.

Even when an inmate litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I conclude plaintiff's initial partial filing fee to be $1.17.

Along with plaintiff's inmate account statement and motion to proceed without prepaying the fee, plaintiff submitted a check in the amount of $1.00 as payment of the initial partial fee for filing this case. The court accepts the $1.00 payment from plaintiff as an initial partial payment for filing this case. Accordingly, plaintiff's complaint is now under advisement for screening as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A.

ORDER

IT IS ORDERED that,

1. Plaintiff Andre Wingo is assessed $1.17 as an initial partial payment of the $350.00 fee for filing this case. Plaintiff submitted a check in the amount of $1.00, which the court accepts as plaintiff's initial partial payment for filing this case.

3. No further action will be taken in this case until the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 7th day of June, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge