IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANDRE WINGO,

                Plaintiff,

v.                                                          ORDER

DEPARTMENT OF CORRECTIONS, STATE OF            18-cv-362-jdp
WISCONSIN,

                Defendant.

---

Plaintiff Andre Wingo, appearing pro se, alleges that the Wisconsin Department of Corrections violated his right to due process when it forced him to register as a sex offender. In a September 21, 2018 order, I dismissed Wingo's complaint because his allegations did not support claims and he named improper defendants. Dkt. 10. I gave him until October 12, 2018, to submit an amended complaint that better explained his claims. *Id.*

That order was returned to the court as undeliverable because Wingo was no longer incarcerated at the Dane County Jail. The clerk of court sent copies of the order to three other addresses that were associated with Wingo on Wisconsin's circuit court access website, wcca.wicourts.gov, and one of those copies was not returned to the court. Nonetheless, Wingo has not responded. Whether or not Wingo has received a copy of the order, it is Wingo's duty to keep the court aware of his location. Because Wingo has either received the order and failed to respond, or is now unreachable, I must dismiss the case. That dismissal will be without prejudice, meaning that Wingo could bring his claims again in a brand-new case and by incurring another filing-fee obligation.

ORDER

IT IS ORDERED that this case is DISMISSED without prejudice.

Entered January 15, 2019.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge