IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDRE WINGO,

    Plaintiff,

v.

                                              Case No. 18-cv-362-jdp

DEPARTMENT OF CORRECTIONS,
STATE OF WISCONSIN,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered that this case is DISMISSED without prejudice.

| /s/ | 01/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |